United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-3123 September Term, 1998
 No. 96cr00314-02

United States of America,
 Appellant/Cross-Appellee

v.

Archibald R. Schaffer, III,
 Appellee/Cross-Appellant
 

Consolidated with No. 98-3126

 Before: Wald, Silberman and Henderson, Circuit Judges.

 O R D E R

 It is ORDERED by the Court that the opinion filed on July 23, 1999, is amended as
follows:

 Page 7, line 1. "thirteen" should read "seven"
 line 6. after " 371" the sentence should read "Schaffer was also charged with 
 two"
 line 7. "four" should read "two"
 line 9. "three counts" should read "one count"
 line 12. The first full sentence should read "The district court dismissed four
 of the seven counts at the close of the prosecution's case-in-chief."
 line 16. "five" should read "three"; "two" should read "one"
 line 17. "three" should read "two" 

FOR THE COURT:
Mark J. Langer, Clerk

Filed on September 10, 1999